■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH WOODY, JR., Appellant. — Judgment of the County Court, Orange County (Ingrassia, J.), rendered May 9, 1980, affirmed. No opinion. This case is remitted to the County Court, Orange County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Gulotta, Rubin and Boyers, JJ., concur.

## (August 4, 1982)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED BRAVERMAN, on Behalf of RONALD BRIDGES, Petitioner, v BENJAMIN WARD, as Commissioner of Correction, et al., Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED BRAVERMAN, on Behalf of DAVID RAY, Petitioner, v BENJAMIN WARD, as Commissioner of Correction, et al., Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED BRAVERMAN, on Behalf of BRADFORD WILLIAMS, Petitioner, v BENJAMIN WARD, as Commissioner of Correction, et al., Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED BRAVERMAN, on Behalf of ROGER SIMMONDS, Petitioner, v BENJAMIN WARD, as Commissioner of Correction, et al., Respondents. — Applications by petitioners for writs of habeas corpus dismissed as moot. The petitioners concede that they are not presently being detained in violation of CPL 180.80. In addition, we note that the issue raised by petitioners will not reoccur since the problem has been addressed by the Legislature (see L 1982, ch 556, as amd L 1982, ch 557; see, also, Governor's Approval Memorandum No. 50). Titone, J. P., Lazer, Brown and Niehoff, JJ., concur.